May 8, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ERIC DEWAYNE WATTS, Appellant

NO. 14-11-00020-CR

V.

THE STATE OF TEXAS, Appellee

——————————————

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and the cause **REMANDED** for further proceedings in accordance with its opinion, and orders this decision certified below for observance.